NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MERCK SERONO S.A.,**
*Appellant*

v.

**HOPEWELL PHARMA VENTURES, INC.,**
*Appellee*

2025-1210, 2025-1211

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00480 and IPR2023-00481.

**ON MOTION**

Per Curiam.

**O R D E R**

In each of the above-captioned appeals, Hopewell Pharma Ventures, Inc. moves to consolidate Appeal Nos. 2025-1210 and 2025-1211 and to expedite the briefing schedule, requiring the opening brief be filed by January 17, 2025; the response brief by February 7, 2025; the reply brief by February 14, 2025; and the joint appendix by March 3, 2025.  Merck Serono S.A. opposes expediting and

2    MERCK SERONO S.A. v. HOPEWELL PHARMA VENTURES, INC.

moves for an extension of time, until May 6, 2025, to file the opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Merck's motions are denied.

(2) Hopewell's motions are granted only to the extent that the appeals are consolidated, with the revised official caption reflected in this order; these appeals shall be placed on the July 2025 oral argument calendar; and no extensions of time will be granted.

FOR THE COURT

December 27, 2024
Date

Jarrett B. Perlow
Clerk of Court